[PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED

U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MARCH 12, 2003
THOMAS K. KAHN
CLERK

_____

No. 01-12880

_____

D. C. Docket No. 00-00024-CR-SPM-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

SIDNEY CARL FRAZIER,
a.k.a. Sydney Oliver,

Defendant-Appellant.

_____

Appeal from the United States District Court for the
Northern District of Florida

_____

(March 12, 2003)

Before WILSON, HILL and FAY, Circuit Judges.

BY THE COURT:

Appellant's motion to vacate the opinion issued in this appeal and to dismiss this appeal as moot in light of the completion of his sentence is GRANTED.